UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**FILED**

AUG 29 2005

CLERK'S OFFICE, DETROIT-PSG
U.S. DISTRICT COURT

RICHARD JOHNSON, #098105,

    Plaintiff,

v.   CIVIL ACTION NO. 05-CV-73168-DT
HONORABLE MARIANNE O. BATTANI

RICHARDSON, et al.

    Defendant(s).
_____/



### ORDER TRANSFERRING CASE TO THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Before the Court is Plaintiff Richard Johnson's *pro se* civil rights complaint brought pursuant to 42 U.S.C. § 1983. Plaintiff is a Michigan prisoner currently confined at the Marquette Branch Prison in Marquette, Michigan. In his complaint, Plaintiff names as defendants three corrections officers employed at the Ionia Maximum Correctional Facility in Ionia, Michigan.

The proper venue for civil actions in which jurisdiction is not based on diversity of citizenship is the judicial district where: (1) any defendant resides if all defendants reside in the same state; (2) a substantial part of the events or omissions giving rise to the claim occurred or a substantial part of the property in question is situated; or (3) any defendant may be found if there is no other district in which plaintiff may bring the action. 28 U.S.C. § 1391(b). Public officials "reside" in the county where they serve. *See O'Neill v. Battisti*, 472 F.2d 789, 791 (6th Cir. 1972). Pursuant to 28 U.S.C. § 1404(a), a district court may transfer a civil action to any other district where it might have been brought for the convenience of the parties and witnesses, in the interest of justice.

1

Having reviewed the complaint, the Court finds that the United States District Court for the Western District of Michigan is a more appropriate forum for this action. Plaintiff is incarcerated in Baraga County and the defendants reside in Ionia County for purposes of the present complaint. Baraga County lies in the Northern Division of the Western District of Michigan and Ionia County lies in the Southern Division of the Western District of Michigan. 28 U.S.C. § 102(b).

Accordingly, the Court **ORDERS** the Clerk of the Court to transfer this case to the United States District Court for the Western District of Michigan. 28 U.S.C. §§ 1391(b) and 1404(a).

_____
R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

DATED: _____8/25/05_____

2